1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DAREN JEAN MILLER,                        1:06-CV-00358 AWI SMS P

12            Plaintiff,

13        vs.                                  ORDER DIRECTING PAYMENT
14                                             OF INMATE FILING FEE
     JAMES MORA, et al.,
15

16            Defendants.
                                       /
17   _____

18   To:  The Director of the California Department of Corrections, 1515 S Street, Sacramento, California

19   95814:

20         Plaintiff, a prisoner proceeding pro se and in forma pauperis, is obligated to pay the statutory

21   filing fee of $250.00 for this action.  28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly

22   payments in the amount of twenty percent of the preceding month's income credited to plaintiff's

23   trust account.  The California Department of Corrections is required to send to the Clerk of the Court

24   payments from plaintiff's account each time the amount in the account exceeds $10.00, until the

25   statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

26         In accordance with the above and good cause appearing therefore, IT IS HEREBY

27   ORDERED that:

28              1.  The Director of the California Department of Corrections or his designee shall

1   collect payments from plaintiff's prison trust account in an amount equal to twenty per cent (20%) of

2   the preceding month's income credited to the prisoner's trust account and shall forward those

3   payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in

4   accordance with 28 U.S.C. § 1915(b)(2), until a total of $250.00 has been collected and forwarded to

5   the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to

6   this action.

7          2. The Clerk of the Court is directed to serve a copy of this order and a copy of

8   plaintiff's in forma pauperis affidavit on the Director of the California Department of Corrections,

9   1515 S Street, Sacramento, California 95814.

10          3. The Clerk of the Court is directed to serve a copy of this order on the Financial

11   Department, U.S. District Court, Eastern District of California, Fresno Division.

12

13   IT IS SO ORDERED.

14   **Dated:    April 14, 2006**                 **/s/ Sandra M. Snyder**
      i0d3h8                         UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28